# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0409, <u>State of New Hampshire v. Amy Lee Dansereau</u>, the court on December 11, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendant, Amy Lee Dansereau, appeals an order of the Superior Court (<u>Leonard</u>, J.), issued following a hearing, denying her motion to suppress certain evidence obtained during a search of her backpack. The defendant argues that her consent to the search was not given freely, knowingly, or voluntarily, and that, in the alternative, even if her consent was valid, the police exceeded the scope of her consent by opening a closed container found within the backpack. As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**